### BELANGER vs. GRAVIER.

APPEAL from the court of the parish and city of New-Orleans.

An appeal taken from a judgment, which the judge has not signed, is premature.

MARTIN, J. delivered the opinion of the court. The plaintiff and appellee prays that the appeal be dismissed, on the ground of its having been granted, before the judgment ap-

East'n District.
*March*, 1823.

BELANGER
*vs.*
GRAVIER.

pealed from, had become complete by the signature of the judge. This appears to be the fact.

The counsel refers us to *Turpin* vs. *his creditors*, 9 *Martin*, 518 *; Shaumburg* vs. *Torry &
al. syndics ;* 10 *Martin*, 179 *; Fortin* vs. *Randolph*, 11 *Martin*, 275.

The appeal granted on the 15th, was of a judgment signed on the 19th of February last. It was clearly premature.

It is therefore ordered, that the appeal be be dismissed.

*Moreau* for the plaintiff, *Young* for the defendant.